Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Jacksonville Division

| | |
|---|---|
| JACKSON, RHEYA A | Case No. 3:23-cv-1097-TJC-JBT |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)*  ☐ Yes  ☒ No |
| -v- | |
| DISCOVER FINANCIAL SERVICES | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | RHEYA A JACKSON |
   | Street Address | 10252 PINE BREEZE ROAD WEST |
   | City and County | JACKSONVILLE, DUVAL COUNTY |
   | State and Zip Code | FLORIDA 32257 |
   | Telephone Number | (941) 343-7605 |
   | E-mail Address | RHEYAJACKSON43@PROTON.ME |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: DISCOVER FINANCIAL SERVICES
- Job or Title *(if known)*:
- Street Address: 2500 LAKE COOK ROAD
- City and County: RIVERWOODS, LAKE COUNTY
- State and Zip Code: ILLINOIS 60015
- Telephone Number: (224) 405-0900
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

A.  **The Plaintiff(s)**

   1. If the plaintiff is an individual
      The plaintiff, *(name)* RHEYA A JACKSON, is a citizen of the State of *(name)* FLORIDA.

   2. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

B.  **The Defendant(s)**

   1. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   2. If the defendant is a corporation
      The defendant, *(name)* DISCOVER FINANCIAL SERVICES, is incorporated under the laws of the State of *(name)* DELAWARE, and has its principal place of business in the State of *(name)* ILLINOIS.
      Or is incorporated under the laws of *(foreign nation)* _____,
      and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C.  **The Amount in Controversy**

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

1. Tenders of Payment with Bills of Exchange for the listed amounts - $19,882.69, $20,475.42, $20,947.44, $21,481.15, $22,021.84, and $22,597.21 (totaling $127,405.75)- were delivered for offset to the account ending in 0379 but were not applied as instructed.
2. The defendant is in Third Tier of the Federal Reserve Act Section 29. Civil Money Penalty as of April 3, 2023 resulting in 168 days of the violation at the maximum amount of $1,000,000 totaling $168,000,000 worth of Punitive damages.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, (name) RHEYA A JACKSON , and the defendant, (name) DISCOVER FINANICAL SERVICES , made an agreement or contract on (date) 08/23/2021 . The agreement or contract was (oral or written) written . Under that agreement or contract, the parties were required to (specify what the agreement or contract required each party to do) fulfill their obligations in an Open-End Credit account meaning:
1. The defendant, the financial institution, extended an open-end credit account ending in 0379 to the plaintiff.
2. The plaintiff is required to make payments on the account at the end of every billing cycle.
3. The defendant is required to apply all accepted payments and credits to the account upon receipt of payment.

The defendant failed to comply because (specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)

1. The defendant failed to apply the accepted payments and credits to the account ending in 0379 upon receipt of payment.
2. After each billing cycle from March 27, 2023 to September 11, 2023, the plaintiff transferred to the defendant tenders of payment accompanied with restrictively endorsed Bills of Exchange to offset the account.

The plaintiff has complied with the plaintiff's obligations under the contract.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

1. At this time, $127,405.75 worth of Tenders of Payment and accompanied Bills of Exchange have been transferred to Discover Financial Services and have not been applied to the account ending in 0379.
2. The Plaintiff asks the court to order an injunction for the defendant to perform on the Bills of Exchange as instructed in the accompanied Tenders of Payment each and every billing cycle.
3. The Plaintiff asks the court to order the defendant to credit the account ending in 0379 for the amount of $127,405.75.
4. The Plaintiff asks the court to impose punitive damage and order the defendant to pay the Federal Reserve Act Section 29 Third Tier Civil Money Penalty of $168,000,000.00 for breach of contract and violation of the Federal Reserve Act.
5. The Plaintiff asks the court to order the defendant to pay any and all court costs and fees incurred on the plaintiff at minimum of $402.00.
6. The Plaintiff asks the court to order the defendant to remove any and all reports against the plaintiff to Credit Reporting Bureaus for Default Payment and Late Payment.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/18/2023

Signature of Plaintiff: *[signature]* All Rights Reserved.
Printed Name of Plaintiff: RHEYA A JACKSON

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

E-mail Address  _____